In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-13-00446-CV

**BLAIR DUANE WRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. CIV27934**

## MEMORANDUM OPINION

Seeking to appeal a temporary protective order rendered in a family law matter, Blair Duane Wright filed a notice of appeal. After Wright appealed, the trial court dismissed the case. On October 24, 2013, based on information we received from the trial court clerk and from the recitals in the notice of appeal, we notified the parties that it appeared this Court lacked jurisdiction over the appeal. We also warned the parties that the appeal would be dismissed unless we received

1

a response showing grounds for continuing the appeal. No response has been filed.

We dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____

HOLLIS HORTON
Justice

Opinion Delivered January 9, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.